PETER D. KEISLER
Assistant Attorney General

RECEIVED - CLERK
U.S. DISTRICT COURT

2007 MAY 24  P  3: 28

CHRISTOPHER J. CHRISTIE
United States Attorney
JOHN SILBERMANN, JR.
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ  07102
JGS-1187
(973) 645-2700
(973) 297-2010 (facsimile)

JOYCE R. BRANDA
JEANNE E. DAVIDSON
PATRICIA R. DAVIS
DOMENIQUE KIRCHNER
TRACY L. HILMER
U.S. Department of Justice
Civil Division
P.O. Box 261
Ben Franklin Station
Washington, DC 20044
(202) 307-0474
(202) 616-3085 (facsimile)

Attorneys for the United States

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 07-2016 |
| | ) | |
| v. | ) | |
| | ) | |
| AMEC CONSTRUCTION MANAGEMENT, INC. | ) | **ORDER GRANTING MOTION TO** |
| f/k/a MORSE DIESEL INTERNATIONAL, INC., | ) | **DEPOSIT SUM OF MONEY** |
| | ) | **WITH THE COURT** |
| Respondent, | ) | |
| | ) | |
| HARRIS TRUST & SAVINGS BANK, | ) | |
| JPMORGANCHASE & CO., and | ) | **FILED UNDER SEAL** |
| THE NEW YORK TIMES BUILDING, LLC., | ) | |
| | ) | |
| Garnishees. | ) | |

The above-entitled cause having come before the Court upon the United States' Application Under Oath for Prejudgement Remedies to Secure Sufficient Assets of Respondent to Satisfy Summary Judgment Ruling in Favor of the United States, and the United States having requested that The New York Times Building, LLC, Garnishee, be directed to sequester certain funds owed to Respondent by deposit of such funds with the Court pursuant to Fed. R. Civ. P. 67 and L. Civ. R. 67.1, and the Court having considered the motion,

NOW, THEREFORE, it is on this ___24___ day of ___May___, 2007,

ORDERED that, the United States' Application having been granted and the Writ of Sequestration having been executed, the United States' request that The New York Times Building, LLC make deposit of sequestered funds with the Court shall be, and is hereby, granted; and it is

FURTHER ORDERED that such sum -- an amount not to exceed 7,697,432.60 dollars -- be deposited by the Clerk into the Registry of this Court and then, as soon as the business of his or her office allows, the Clerk shall deposit these funds into the interest-bearing Court Registry Investment system (C.R.I.S.) administered by the Clerk of the United States District Court for the Southern District of Texas as Custodian, pursuant to L. Civ. R. 67.1(a)(2); and it is

FURTHER ORDERED that sum of money so invested in the interest-bearing C.R.I.S. fund shall remain on deposit until further order of this Court at which time the funds, together with interest thereon, shall be retrieved by the Clerk and redeposited into the non-interest-bearing Registry of the Court for disposition pursuant to further order of the Court; and it is

FURTHER ORDERED that the Custodian deduct a miscellaneous schedule fee for the handling of registry funds, as authorized by the Judicial Conference of the United States and the Standing Order of this Court dated June 30, 1989, as amended November 30, 1990, of 10% of

the income earned on this account and each subsequent deposit of new principal so deposited while invested in the C.R.I.S.; and it is

FURTHER ORDERED that a certified copy of this Order shall be by the United States of America personally served upon the Clerk of this Court, the Chief Deputy Clerk, or upon the Chief Financial Deputy Clerk.

_____
UNITED STATES DISTRICT JUDGE